*In re* PETITION OF CHESTER A. LIZAK *et al.*—(THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALLEN SANDERS, Defendant-Appellant.)

(No. 57952;

First District (4th Division)—October 10, 1973.

Opinion by Mr. JUSTICE ADESKO.

Chester A. Lizak and Warren L. Swanson, *pro se.*

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for the People.